IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AAHLIL NASIR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:20-cv-00902 ) |
| WALGREENS COMPANY, WALGREENS COMPANY d/b/a WALGREENS NO. 04677, | ) ) JURY DEMAND ) ) |
| Defendants. | ) ) |

---

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**
---

Comes the Plaintiff, Aahlil Nasir, pursuant to Rule 15 of the Federal Rules of Civil Procedure, and moves the Court to amend his Complaint to add Walgreen Co. as a party defendant. In support of this Motion, Aahlil Nasir would show to the Court that he filed his Complaint against Walgreens Company, and Walgreens Company d/b/a/ Walgreens No. 4677 as a result of information obtained from the tax license which was hanging on the wall of the store in question. (A copy of the tax license is attached hereto as Ex. A.) Walgreen filed an Answer and identified the correct name of the operator of the premises as Walgreen Co.

Counsel for the Plaintiff certifies he has discussed this motion with counsel for the Defendant and has made a good faith effort to resolve this dispute. The parties are generally in agreement that an amendment is necessary to correct a misnomer. However, the parties cannot agree to the specific method to correct this misnomer and protect the parties. First, Plaintiff suggested that Walgreen Co. be added as a party and

that discovery commence. Walgreens would not agree. Second, Plaintiff asked Walgreens to provide documentation that Walgreen Co. was the proper party. Once again, Walgreens would not agree. Walgreens insisted that Walgreens Company, the name listed on their business license, be dismissed and dropped as a party. Plaintiff was willing to consider this, however, it requested language in a stipulation that would allow it to bring Walgreens Company back into the litigation if discovery revealed they were a proper party. Once again, Walgreens refused. This brings Walgreens' behavior into serious question. As a result, counsel are not able to agree on the entirety of this Motion.

Plaintiff therefore moves the Court to simply add Walgreen Co. as a party. If discovery reveals Walgreens Company is not a proper party, the parties can either enter a stipulation or Walgreens can file a motion to dismiss. At this point, however, Walgreen Co. needs to be added until further discovery on this issue can be conducted.

A copy of the Plaintiff's First Amended Complaint is attached hereto as Ex. B.

WHEREFORE, for the foregoing reasons, the Plaintiff, Aahlil Nasir, moves the Court for entry of an order allowing it to amend its Complaint.

    Respectfully submitted,

    **DICKINSON WRIGHT PLLC**

    By: s/John E. Anderson, Sr.
        Peter F. Klett, III (TN #12688)
        John E. Anderson, Sr. (TN #13698)
        424 Church Street, Suite 800
        Nashville, TN 37219
        (615) 244-6538
        (844) 670-6009 (fax)
        pklett@dickinsonwright.com
        janderson@dickinsonwright.com
        *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing documents was served via the court's efiling system to:

Marc O. Dedman
Barton PLLC
1033 Demonbreum Street
Suite 300
Nashville, TN 37203

Dated: December 2, 2020

s/John E. Anderson, Sr.
John E. Anderson, Sr.

4842-5878-9843 v1 [92126-1]