IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AAHLIL NASIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:20-cv-00902 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| WALGREENS CO., et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

# **ORDER**

Pending before the Court are the "Agreed Trial Continuance Motion" (Doc. No. 91, "Motion to Continue") and the "Motion for Withdrawal of Counsel" filed by Mr. Joseph Ballard, counsel for Defendant ALD Realty Co., Inc. (Doc. No. 95, "Motion to Withdraw"). On March 29, 2024, the Court held a telephonic conference with the parties to discuss these pending motions and related matters. As discussed, the Motion to Continue is GRANTED, with the new trial date and related deadlines to be set in a separate order, and the Motion to Withdraw is GRANTED.

On March 25, 2024, the parties indicated in their latest status report that they are preparing for mediation on April 30, 2024, with mediator Darryl Gresham. (Doc. No. 97). For this reason, this case is STAYED pending completion of mediation. The new trial date and related deadlines (as set in the above-referenced separate order) will remain on the Court's schedule pending the results of mediation. The Clerk is DIRECTED to administratively close the case. By May 10, 2024, the Parties shall move to reopen the case and file a joint status report addressing the results of the mediation. Alternatively, the parties may move the Court to reopen the case at any time for good cause.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE